**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 95-30317
_____


TRINIDAD PUBLISHING COMPANY LIMITED,

Plaintiff-Appellant
Cross-Appellee,

VERSUS

COASTAL CARGO ALABAMA, INC., ET AL.,

Defendants,

and

ALEXANDER & BLAKE TRADING COMPANY, INC., in personam,

Defendant-Third Party
Plaintiff-Appellee
Cross-Appellant,

VERSUS

PRICE & PIERCE INTERNATIONAL, INC.,

Third Party
Defendant-Appellant
Cross-Appellee.

_____

Appeal from the United States District Court
For the Eastern District of Louisiana
(93-CV-1111)
_____

March 13, 1996
Before KING, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM[*]:

The district court did not err in concluding that Alexander &

_____

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Blake had an insurable interest in the cargo, was an additional assured under Lloyds' policy and not subject to suit, directly or indirectly, by the subrogated insurer.  We also are persuaded that the district court did not err in declining to award attorney's fees to Alexander & Blake.

AFFIRMED.